AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| Dominic Pezzola | ) Case: 1:21-mj-00047 |
|  | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/13/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dominic Pezzola

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) Obstruction of an Official Proceeding

18 U.S.C. § 1361 Destruction of Government Property

18 U.S.C. § 1752(a) Restricted buildings or Grounds

Date: 01/13/2021

Zia M. Faruqui
2021.01.13
17:10:08 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/13/21, and the person was arrested on *(date)* 1/15/21
at *(city and state)* Rochester, NY

Date: 1/15/21

*Arresting officer's signature*

Kevin R. Black, Special Agent FBI
*Printed name and title*