AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Matthew Greene,<br><br>Defendant | Case No. 21-cr-52<br>Assigned to: Judge Timothy J. Kelly<br>Assign Date: 4/16/2021<br>Description: SUPERSEDING INDICTMENT (B)<br>Case Relatd to 21 CR-52 (TJK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Matthew Greene,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. §§ 231(a)(3), 2 (Civil Disorder); 18 U.S.C. §§ 1361, 2 (Government Property or Contracts); 18 U.S.C. §§ 1512 (c)(2), 2 (Obstruction of an Official Proceeding); 18 U.S.C. §§ 2112 (Robbery of Personal Property of the United States); 18 U.S.C. § 1752(a)(1), (2) and (4) (Restricted Building or Grounds)

Date: 04/16/2021

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/16/2021, and the person was arrested on *(date)* 04/21/2021
at *(city and state)* FABIUS, NY.

Date: 04/22/2021

*Arresting officer's signature*

MICHAEL RENN, SPECIAL AGENT
*Printed name and title*