NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                             Criminal Number  21-cr-52 (TJK)

Matthew Greene
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael Kasmarek - 702427
(Attorney & Bar ID Number)

Kasmarek Law Office, PLLC
(Firm Name)

440 East Washington Street
(Street Address)

Syracuse, New York 13202
(City)        (State)        (Zip)

(315) 552-5620
(Telephone Number)