

GOVERNMENT
EXHIBIT

1



GOVERNMENT
EXHIBIT
2



GOVERNMENT EXHIBIT

3



GOVERNMENT
EXHIBIT
4



GOVERNMENT
EXHIBIT

5



GOVERNMENT
EXHIBIT

6

PENGAD 800-631-6989



GOVERNMENT EXHIBIT

7

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

8

PENGAD 800-631-9989



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

9



Republic Mags: Order #3994.
Order confirmation  Inbox

**R**  **Republic Mags** 12/20/2020
to me ⌄

From   Republic Mags · support@republicmags.com

Reply-to   support@republicmags.com

To

Date   Dec 20, 2020, 23:30

🔒   Standard encryption (TLS).
View security details

## Dear Matthew Greene!

Your order has been processed. Thank you for your business.
We will notify you by email of any further order status updates.

## Invoice #3994

Dec 20, 2020, 20:30
Grand total: $96.00

Republic Mags

| Shipping address | Billing address | Republic Mags |
|---|---|---|
| Matthew Greene | Matthew Greene | Republic, Washington, United States |
| | | https://www.republicmags.com/ |
| Syracuse | Syracuse | |
| United States | United States | |
| New York | New York | |
| 13206 | 13206 | |
| 2175522783 | 2175522783 | |

**Shipping method**   **Payment method**

USPS Priority   Credit Card
Transaction ID·

GOVERNMENT EXHIBIT
10
PBNGA0 000-031-5669

09:29

←        ⤓    🗑    ✉    ⋮

Republic, Washington,
United States

| | |
|---|---|
| Syracuse | Syracuse |
| United States | United States |
| New York | New York |
| 13206 | 13206 |
| 2175522783 | 2175522783 |

https://www.republicmags.com/

**Shipping method**     **Payment method**

USPS Priority         Credit Card
Transaction ID:
002272-LI28

**Fulfilment status:**     **Payment status:**

New                  Paid

| Item list | Price | Qty | Total |
|---|---|---|---|
| **MAG AMEND2 AR15 30 Round MOD2 BLK [Rebuild Kit Version]** SKU MGAM2556MOD2BLK30-REBUILDKIT | $16.00 | 6 | $96.00 |

Subtotal:   $96.00

Shipping cost:   $0.00

**Grand total: $96.00**

--

Thank you for using our services

Republic Mags

| Thank you! | Please cancel. | Any update on this order? |
|---|---|---|

| ↩ Reply | ↩↩ Reply all | ↪ Forward |
|---|---|---|

|||        ◯        ‹

←         ⬇   🗑   ✉   ⋮

# Your Madison Gold & Guns Order Confirmation (#1702) ➤ Inbox ☆

**Ⓜ Madison Gold & Guns** Jan 9    ↩ ⋮
to me ⌄

| | |
|---|---|
| From | Madison Gold & Guns · info@madisonguns.com |
| Reply-to | info@madisonguns.com |
| To | ▓▓▓▓▓▓▓▓▓ |
| Date | Jan 9, 2021, 09:50 |
| 🔒 | Standard encryption (TLS). View security details |

## Thanks for Your Order

ⓘ Your order ID is **#1702**.

## Shipping AddressBilling Address

**Matthew Greene**      **Matthew Greene**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Syracuse, New York 13206 Syracuse, New York 13206
United States      United States

## Your Order Contains...

|||     ◯     ‹

GOVERNMENT EXHIBIT

PENGAD 800-631-6989

11

09:35

# Thanks for Your Order

 Your order ID is **#1702**.

## Shipping Address Billing Address

**Matthew Greene**          **Matthew Greene**

Syracuse, New York 13206 Syracuse, New York 13206
United States          United States

## Your Order Contains...

| Cart Items | SKU | Qty | Item Price | Item Total |
|---|---|---|---|---|
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain FMJ M193 CASE 1000 Rounds - FREE SHIPPING PROMO | PTGB556 | 1 | $849.50 USD | $849.50 USD |

**Subtotal:** $849.50 USD

**Shipping:** $0.00 USD

**Grand Total:** $849.50 USD

Payment Method: NMI

**Madison Gold & Guns**
https://madisonguns.com/

Madison Gold & Guns is powered by BigCommerce. Launch your own store for free with BigCommerce.



09:34          🔋 📶 100% 🔋

←             ⬇️   🗑️   ✉️   ⋮

# Your Madison Gold & Guns Order Has Been Updated (#1702) ▶   Inbox ☆

**Madison Gold & Guns** Jan 11
to me ⌄

| From | Madison Gold & Guns · info@madisonguns.com |
|---|---|
| Reply-to | info@madisonguns.com |
| To | ▮▮▮▮▮▮▮▮ |
| Date | Jan 11, 2021, 15:59 |
| 🔒 | Standard encryption (TLS). View security details |

## Order Status Changed

Hi Matthew

An order you recently placed on our website has had its status changed.

The status of order #1702 is now **Shipped**

### Order Details

**Order Total:**   $849.50 USD
**Date Placed:**   9th Jan 2021
**Payment Method:** NMI

### Products shipped

| Cart Items | SKU | Qty |
|---|---|---|
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain | | |

|||    ◯    ‹

←    ⋮

# Order Status Changed

Hi Matthew

An order you recently placed on our website has had its status changed.

The status of order #1702 is now **Shipped**

## Order Details

**Order Total:** $849.50 USD
**Date Placed:** 9th Jan 2021
**Payment Method:** NMI

## Products shipped

| Cart Items | SKU | Qty |
|---|---|---|
| Maxxtech 5.56x45mm NATO Ammunition PTGB556 55 Grain FMJ M193 CASE 1000 Rounds - FREE SHIPPING PROMO | PTGB556 | 1 |

## Shipment Tracking Numbers / Links

- 782487354824 (Free Shipping)

**Madison Gold & Guns**
https://madisonguns.com/

Madison Gold & Guns is powered by BigCommerce. Launch your own store for free with BigCommerce.

 Reply     Reply all     Forward





09:35

←      ⬇   🗑   ✉   ⋮

## Your Outdoor Limited Order Has Been Updated (#1136939) ⏵   Inbox ☆

**O**   **Outdoor Limited** Jan 10    ↩   ⋮
to me ⌄

| From | Outdoor Limited · cs@outdoorlimited.com |
|---|---|
| Reply-to | cs@outdoorlimited.com |
| To | ▬▬▬▬▬▬ |
| Date | Jan 10, 2021, 09:33 |
| 🔒 | Standard encryption (TLS). View security details |



**EXCELLENT**
★★★★★
4.93 Average **13004** Reviews
○ REVIEWS

📞 877-229-0351 Mon - Fri
(9AM - 5PM EST)
✉ Email Us

# Your Order Status is Updated.

Hi Matthew

An order you recently placed on our website has had its status changed.

The status of order #1136939 is now **Shipped**

**Order Details**

**Order Total:**    $624.49 USD
**Date Placed:**    Jan 9th 2021
**Payment Method:** Credit Card

|||     ○     ‹

GOVERNMENT EXHIBIT 12

09:55    100%

**Date Placed:** Jan 9th 2021

**Payment Method:** Credit Card

## Products shipped

| Cart Items | SKU | Qty |
|---|---|---|
| Rush Processing | rush_processing | 1 |
| Czech Mfg. Surplus 7.62x39mm Ammunition RD-43 SB762RD43CRATE 46 Grain Hollow Core Low Recoil CRATE 1560 Rounds | SB762RD43CRATE | 1 |

## Shipment Tracking Numbers / Links

- 1ZR9460Y0399513413 (UPS (UPS® Ground Estimated 1/15/2021))

Click here to view the status of your order.

 **AMMOBOARD**    **Need More Ammo?** Save BIG by buying in BULK 

Need More Help?

 cs@outdoorlimited.com

 1-877-229-0351

 1-919-590-1765

© 2018 Outdoor Limited All Rights Reserved

← Reply    ← Reply all    → Forward



09:34

# Order BulletSafe31595 confirmed

Inbox

**BulletSafe Bulletproof Vests** Jan 11
to me

From  BulletSafe Bulletproof Vests · sales@bulletsafe.com

To

Date  Jan 11, 2021, 08:46

Standard encryption (TLS).
View security details

# BulletSafe Bulletproof Vests

ORDER BULLETSAFE31595

## Thank you for your purchase!

Hi Matthew, we're getting your order ready to be shipped. We will notify you when it has been sent.

**View your order**

GOVERNMENT
EXHIBIT
13
PENGAD 800-631-6989

09:34

100%

or Visit our store

## Order summary

 BreatheSafe - Gas Mask
Replacement Filter Set -
Will Ship February
25th × 1      $39.99

 The BreatheSafe
Respirator / Gas Mask
Kit - Will Ship January
11th × 1      $149.00

$188.99

$21.95

$0.00

**$210.94 USD**

## Customer information



# Customer information

### Shipping address

Matthew Greene

syracuse NY 13206
United States

### Billing address

Matthew Greene

Syracuse NY 13211
United States

### Shipping method

Accelerated Priority Delivery - Delivery in 3-5
Business Days

### Payment method

Paypal — **$210.94**



GOVERNMENT
EXHIBIT

14

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

15





GOVERNMENT
EXHIBIT

16



GOVERNMENT
EXHIBIT

17

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

18

PENGAD 800-631-6989