UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-52-3 (TJK) |
| | : | |
| **MATTHEW GREENE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONVERT SENTENCING DATE TO STATUS CONFERENCE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, hereby moves this Court to vacate the currently scheduled sentencing date and to convert it to a status hearing date. In support of this request, the government states that defendant Greene's cooperation is ongoing and not yet complete. The parties agree that it is in their best interest to allow Mr. Greene to finish cooperating prior to sentencing. As such, the government requests that the sentencing date be converted to a status conference, at which the parties can request the Court set any additional hearings and the Court can set new deadlines for sentencing materials if applicable. The parties understand that a hearing slot is available at 3:00 p.m. on March 10, 2022, and that date and time works for them if it does for the court.

Undersigned counsel has spoken to counsel for Mr. Greene, who indicated that the defendant does not oppose this request.

                            Respectfully submitted,

                            MATTHEW M. GRAVES
                            United States Attorney
                            DC Bar No. 481052

By:    /s/ *Erik M. Kenerson*
                            Erik Kenerson
                            Assistant United States Attorney
                            Ohio Bar No. 82960
                            555 Fourth Street, N.W., Room 11-909
                            Washington, DC   20530
                            Erik.Kenerson@usdoj.gov
                            (202) 252-7201