# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-52-3 (TJK)** |
| : | |
| **MATTHEW GREENE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's unopposed Motion to Late File Joint Status Update, it is for good cause shown this ___ day of June, 2022, ORDERED the motion is GRANTED. It is

FURTHER ORDERED that the Clerk's office shall docket the joint status update, ECF No. ____, as a joint status update in this case.

SO ORDERED.

_____      _____
Date                                               Timothy J. Kelly
                                                         United States District Judge