UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-52-3 (TJK) |
| | : | |
| **MATTHEW GREENE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Matthew Greene, by and through his attorneys Michael Kasmarek and Michael Spano, hereby notify the Court that defendant Greene's cooperation remains ongoing. The parties request that the Court set another deadline, in approximately 120 days, at which the parties can provide a further update. The parties do not request that the Court set a sentencing date at this time, and we thank the Court for its attentiveness to this matter.[1]

---

[1] Counsel for both parties apologize to the Court for missing the original deadline to provide this update, and thank the Court for the *sua sponte* extension of time to file to June 22, 2022, as reflected in the Minute Order entered June 15, 2022.

Undersigned counsel has provided a copy of this notice to Michael Kasmarek and Michael Spano, Esq., counsel for Matthew Greene, and counsel advised that undersigned counsel may file this as a joint notice.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  DC Bar No. 481052

By:    /s/ *Erik M. Kenerson*
            Erik Kenerson
            Assistant United States Attorney
            Ohio Bar No. 82960
            601 D Street NW, Room 5.130
            Washington, DC   20530
            Erik.Kenerson@usdoj.gov
            (202) 252-7201