# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | |
| ) | No. 21-cr-52 (TJK) |
| MATTHEW GREENE, ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of the Defendant's unopposed Motion to allow the Defendant to Access the Curtilage Attached to his Home, it is for good cause shown this ___ day of July 2022, ORDERED and the motion is GRANTED.

SO ORDERED.

_____  
Date

_____  
Timothy J. Kelly  
United State District Judge