UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | |
| ) | No. 21-cr-52 (TJK) |
| **MATTHEW GREENE,** ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT'S UNOPPOSED MOTION TO ALLOW THE DEFENDANT ATTEND CHURCH SERVICES ON CHRISTMAS DAY AND VISIT WITH RELATIVES

Defendant Matthew Greene, by and through undersigned counsel, submits the following unopposed motion seeking the Court's permission for the Defendant to attend church services and visit family on Christmas Day (12\25\22).

On December 22, 2021, the Defendant entered a guilty plea, pursuant to a cooperation agreement with the government and the Court.  On March 10, 2022, the Court granted the unopposed motion of counsel to release the Defendant to home incarceration in the Northern District of New York, while he is awaiting sentencing.  The terms of home incarceration included electronic location monitoring.

We are respectfully asking the Court's permission for Mr. Greene to attend services on Christmas Day at a church in the City of Syracuse, New York.  We are also asking that Mr. Greene be permitted to attend a family gathering on Christmas Day at a relative's home in

Onondaga County, New York.  The specific addresses of each location have been provided to pretrial services in Syracuse, New York.

Undersigned counsel has spoken with a representative from the United States Probation Department in the Northern District of New York and confirmed that Mr. Greene has been in compliance with the terms set forth by the Court.   Additionally, counsel has conferred with Assistant United States Attorney Erik Kenerson and the government does not oppose the relief sought in this motion.

WHEREFORE, the Defendant respectfully requests that he be permitted to attend church services and visit family on Christmas Day (12\25\22).

Dated:    12\20\22			Respectfully submitted,


				*/s/ Michael Kasmarek, Esq.*

				_____

				Bar roll number: 702427

				Attorney for the Defendant

				Kasmarek Law Office, PLLC

				440 East Washington Street

				Syracuse, New York 13202

*/s/ Michael Spano, Esq.*

_____

Bar roll number:

Attorney for the Defendant

Spano Law Office, PLLC

220 South Warren Street

Syracuse, New York 13202