UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| V. | ) | |
| | ) | No. 21-cr-52 (TJK) |
| **MATTHEW GREENE,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**JOINT STATUS UPDATE**

Matthew Greene, by and through his attorneys Michael Kasmarek, Esq. and Michael Spano, Esq., after consultation with the Assistant United States Attorney Erik Kenerson, Esq., hereby notify the Court that Defendant Greene's cooperation remains ongoing. The parties request that the Court set another deadline, in approximately 90 days, at which time the parties can provide a further update. The parties do not request that the Court set a sentencing date at this time.

Undersigned counsel has conferred with AUSA Erik Kenerson, Esq. and was advised that counsel may file this as a joint notice.

Dated: April 28, 2023               Respectfully submitted,

                                    */s/ Michael Kasmarek, Esq.*
                                    _____
                                    Bar roll number: 702427
                                    Attorney for the Defendant
                                    Kasmarek Law Office, PLLC
                                    440 East Washington Street
                                    Syracuse, New York 13202