# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-cr-52-3 (TJK) |
| : | |
| **MATTHEW GREENE,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Matthew Greene, by and through his attorneys Michael Spano and Michael Kasmarek, hereby notify the Court that defendant Greene's cooperation remains ongoing. The parties request that the Court set another deadline, in approximately 60 days, at which point the parties can provide a further update. The parties do not request that the Court set a sentencing date at this time.

Undersigned counsel has conferred with Messrs. Kasmarek and Spano, counsel for Mr. Greene, and counsel advised that undersigned counsel may file this as a joint notice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Erik M. Kenerson*
Erik Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
601 D Street NW, Room 5.130
Washington, DC 20530
Erik.Kenerson@usdoj.gov
(202) 252-7201