# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | |
| ) | No. 21-cr-52-3 (TJK) |
| **MATTHEW GREENE,** ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Matthew Greene, by and through his attorneys Michael Kasmarek and Michael Spano, hereby notify the Court that defendant Greene's cooperation remains ongoing. The parties request that the Court set another deadline, in approximately 60 days, at which time the parties can provide a further update. The parties do not request that the Court set a sentencing date at this time.

Undersigned counsel has conferred with Erik Kenerson, Esq., Assistant United States Attorney, and counsel advised that undersigned counsel may file this as a joint notice.

Dated: 1\2\24

Respectfully submitted,

*/s/ Michael Kasmarek, Esq.*

Bar roll number: 702427
Attorney for the Defendant
Kasmarek Law Office, PLLC
440 East Washington Street
Syracuse, New York 13202