# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **No. 21-cr-52 (TJK)** |
| **MATTHEW GREENE,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY HIS CONDITIONS OF RELEASE FROM HOME INCARCERATION TO HOME DETENTION

Defendant Matthew Greene, by and through undersigned counsels, submits the following unopposed motion to modify his terms of release from home incarceration to home detention.

On December 22, 2021, the Defendant entered a guilty plea, pursuant to a cooperation agreement with the government and the Court. On March 10, 2022, the Court granted the unopposed motion of counsel to release the Defendant to home incarceration in the Northern District of New York, while he is awaiting sentencing. Mr. Greene had previously been detained from the time of his arrest on April 21, 2021. The terms of home incarceration included electronic location monitoring.

During the pendency of this matter, Mr. Greene has met with members of the United States Attorney's Office on multiple occasions and testified at the trial of Enrique Tarrio, Dominic Pezzola, Joseph Biggs, Zachary Rehl and Ethan Nordean in January 2023.

Undersigned counsel has conferred with representatives of the United States Attorney's Office and has been advised that Mr. Greene's cooperation is not yet complete.

During the twenty-three months Mr. Greene has been detained in his home there have been no violations of his terms of release.  Further, the Defendant has used this time to re-enroll in undergraduate college classes and is expected to graduate in May 2024.   Undersigned counsel has spoken with a representative from the United States Probation Department in the Northern District of New York and confirmed that Mr. Greene has been in compliance with the terms set forth by the Court.   Additionally, counsel has conferred with Assistant United States Attorney Erik Kenerson and the government does not oppose the relief sought in this motion.

WHEREFORE, the Defendant respectfully requests that the conditions of release be modified from home incarceration to home detention.

Dated:  2/8/24                                             Respectfully submitted,

                                                                   */s/ Michael Kasmarek, Esq.*
                                                                   _____
                                                                   Bar roll number: 702427
                                                                   Attorney for the Defendant
                                                                   Kasmarek Law Office, PLLC
                                                                   440 East Washington Street
                                                                   Syracuse, New York 13202

                                                                   */s/ Michael Spano, Esq.*
                                                                   _____
                                                                   Bar roll number:
                                                                   Attorney for the Defendant
                                                                   Spano Law Office, PLLC
                                                                   220 South Warren Street
                                                                   Syracuse, New York 13202