# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | |
| ) | No. 21-cr-52 (TJK) |
| MATTHEW GREENE, ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S UNOPPOSED MOTION TO ALLOW THE DEFENDANT TO ATTEND HIS COLLEGE GRADUATION CEREMONY

Defendant Matthew Greene, by and through undersigned counsel, submits the following unopposed motion seeking the Court's permission for the Defendant to attend his college graduation ceremony in the state of Virginia on May 9th through May 12th, 2024.

On December 22, 2021, the Defendant entered a guilty plea, pursuant to a cooperation agreement with the government and the Court. On March 10, 2022, the Court granted the unopposed motion of counsel to release the Defendant to home incarceration in the Northern District of New York, while he is awaiting sentencing. The terms of home incarceration included electronic location monitoring.

We are respectfully asking the Court's permission for Mr. Greene to travel to the state of Virginia to attend his college graduation ceremony in person. Since Mr. Greene's release from custody, he has enrolled in online college courses and has completed the requirements for

1

graduation. Mr. Greene will provide the specifics of his travel arrangements to the United States Probation Office, if the Court sees fit to grant the request.

Undersigned counsel has spoken with a representative from the United States Probation Department in the Northern District of New York and confirmed that Mr. Greene has been in compliance with the terms set forth by the Court.   Additionally, counsel has conferred with Assistant United States Attorney Erik Kenerson and the government does not oppose the relief sought in this motion.

WHEREFORE, the Defendant respectfully requests that he be permitted to attend his college graduation ceremony.

Dated:   4\23\24               Respectfully submitted,


*/s/ Michael Kasmarek, Esq.*

_____

Bar roll number: 702427
Attorney for the Defendant
Kasmarek Law Office, PLLC
440 East Washington Street
Syracuse, New York 13202


*/s/ Michael Spano, Esq.*

_____

Bar roll number:
Attorney for the Defendant
Spano Law Office, PLLC
220 South Warren Street
Syracuse, New York 13202