UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|   |   |   |   |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| V. | ) | | |
| | ) | No. 21-cr-52 (TJK) | |
| **MATTHEW GREENE,** | ) | | |
| **Defendant.** | ) | | |
| _____ | ) | | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY HIS CONDITIONS OF RELEASE FROM HOME DETENTION TO CURFEW RESTRICTION**

Defendant Matthew Greene, by and through undersigned counsels, submits the following unopposed motion to modify his terms of release from home detention to curfew restriction.

On December 22, 2021, the Defendant entered a guilty plea, pursuant to a cooperation agreement with the government and the Court. On March 10, 2022, the Court granted the unopposed motion of counsel to release the Defendant to home incarceration in the Northern District of New York, while he is awaiting sentencing. Mr. Greene had previously been detained from the time of his arrest on April 21, 2021. The terms of home incarceration included electronic location monitoring. In February 2024, Mr. Greene's conditions of release were modified from home incarceration to home detention.

During the pendency of this matter, Mr. Greene has met with members of the United States Attorney's Office on multiple occasions and testified at the trial of Enrique Tarrio, Dominic Pezzola, Joseph Biggs, Zachary Rehl and Ethan Nordean in January 2023. In August

2024, Mr. Greene testified as a government witness at the trial of Joseph Pepe. Undersigned counsel has conferred with representatives of the United States Attorney's Office and has been advised that Mr. Greene's cooperation is not yet complete.

During the thirty-two months Mr. Greene has been detained in his home there have been no violations of his terms of release. Further, the Defendant has used this time to re-enroll in undergraduate college classes and graduated in May 2024. This modification is being requested so that Mr. Greene will be able to attend graduate school classes (in person) in Pittsburgh, Pennsylvania. We are requesting that Mr. Greene be permitted to reside in Pittsburgh during the week and return to Syracuse, New York on the weekend. Mr. Greene believes that a curfew from 11:00 pm to 5:00 am will permit him to meet the academic requirements of his program.

Undersigned counsel has spoken with a representative from the United States Probation Department in the Northern District of New York and confirmed that Mr. Greene has been in compliance with the terms set forth by the Court. Additionally, counsel has conferred with Assistant United States Attorney Erik Kenerson and the government does not oppose the relief sought in this motion.

WHEREFORE, the Defendant respectfully requests that the conditions of release be modified from home detention to curfew restriction.

Dated: 11/15/24                               Respectfully submitted,


                                              */s/ Michael Kasmarek, Esq.*
                                              _____
                                              Bar roll number: 702427
                                              Attorney for the Defendant
                                              Kasmarek Law Office, PLLC
                                              440 East Washington Street
                                              Syracuse, New York 13202

*/s/ Michael Spano, Esq.*

---

Bar roll number:
Attorney for the Defendant
Spano Law Office, PLLC
220 South Warren Street
Syracuse, New York 13202